# Order

Michigan Supreme Court
Lansing, Michigan

April 18, 2012

144316

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re Conservatorship of DEANNA
THERESA CISNEROS.

_____

MARK A. FULLMER, Successor Conservator
of DEANNA THERESA CISNEROS, a
Protected Person,
        Petitioner-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
        Respondent-Appellant.

_____/

SC: 144316
COA: 298922
St. Clair PC: 07-110072-CA

On order of the Court, the application for leave to appeal the September 27, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Johnson v Recca* (Docket No. 143088) and *Douglas v Allstate* (Docket No. 143503) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2012

_____
Clerk

h0411